# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-4058

James E. Thompson, Sr.,

Appellant

v.

Tri-State Insurance of Minnesota, et al.,

Appellees

___

Appeal from U.S. District Court for the District of South Dakota
(5:06-cv-05057-RHB)
___

**MANDATE**

In accordance with the opinion and judgment of 10/18/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 10, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit